IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANDRE OSHAWN FARRIER,          )
                               )
     Plaintiff,                )
                               )   CIVIL ACTION NO.
     v.                        )     1:14cv56-TMH
                               )         (WO)
CHRISTOPHER GORDY, et al.,     )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Andre Oshawn Farrier, a state inmate, filed this lawsuit challenging his current incarceration. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Farrier's case be dismissed. Also before the court are Farrier's objections to the recommendation. After an independent and de novo review of the record, the court concludes that Farrier's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of April, 2014.

                        /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE