IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANDRE OSHAWN FARRIER,       )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      1:14cv56-TMH
                            )         (WO)
CHRISTOPHER GORDY, et al.,  )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Andre Oshawn Farrier's objections (Doc. No. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 9) is adopted.

(3) Plaintiff Farrier's claims against defendant State of Alabama are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

(4) Plaintiff Farrier's claims against defendant Kevin Moulton are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

(5) Plaintiff Farrier's claims and request for monetary damages against defendants Doug Valeska and Luther Strange are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

(6) Plaintiff Farrier's claims challenging the constitutionality of his convictions and the resulting sentence on which he is currently incarcerated, including his claims against defendant Tony Webber, are dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as these claims are not properly before the court at this time.

(7) This case is therefore dismissed in its entirety as to all defendants prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

It is further ORDERED that costs are taxed against plaintiff Farrier, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 25th day of April, 2014.**

<u>  **/s/ Myron H. Thompson**  </u>
**UNITED STATES DISTRICT JUDGE**